IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:16CR3002 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ALBERTO ANGEL CORONEL, | |
| Defendant. | |

IT IS ORDERED:

1) The Marshall shall release the defendant to the Federal Public Defender or one of its staff members on February 5, 2016, the time to be arranged between Defendant's attorney and the United States Marshals Service

2) The defendant shall comply with all terms of the order setting defendant's conditions of release which was entered on February 4, 2016. (See filing no. 24).

February 4, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge